UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SABBY VOLATILITY WARRANT MASTER FUND LTD.,

          Plaintiff,

-v.-

JUPITER WELLNESS, INC.,

          Defendant.

23 Civ. 7874 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

In light of the mandate issued by the Second Circuit on May 12, 2025 (Dkt. #34), Defendant is ordered to file an answer to the Amended Complaint on or before **June 2, 2025**. Moreover, the parties are directed to submit a joint letter, outlining proposed next steps in this case, and proposed case management plan on or before **June 20, 2025**.

SO ORDERED.

Dated: May 13, 2025
       New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge