UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABBY VOLATILITY WARRANT MASTER FUND LTD.,<br><br>        Plaintiff,<br><br>      -v.-<br><br>JUPITER WELLNESS, INC.,<br><br>        Defendant. | 23 Civ. 7874 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

In an endorsement issued July 14, 2025, the Court directed Defendant Jupiter Wellness file an answer to Plaintiff's Amended Complaint on or before August 4, 2025. (Dkt. #40). To date, no answer has been filed. The Court will give Defendant one final opportunity to comply with its orders. As such, Defendant Jupiter Wellness is ordered to file an answer to Plaintiff's Amended Complaint (Dkt. #22) on or before **August 29, 2025**. Moreover, the deadline for parties to submit a joint letter outlining proposed next steps in this case and a proposed case management plan is ADJOURNED to on or before **September 19, 2025**. Should Defendant fail to file an answer on or before the updated deadline, the Court will likely enter a default judgment for failure to follow court orders.

   SO ORDERED.

Dated: August 13, 2025
     New York, New York

                            KATHERINE POLK FAILLA
                            United States District Judge