# GUSRAE KAPLAN NUSBAUM PLLC

### ATTORNEYS AT LAW

RICHARD DEVITA
TIMOTHY FEIL
SCOTT H. GOLDSTEIN
MARTIN H. KAPLAN
LAWRENCE G. NUSBAUM
KARI PARKS

120 WALL STREET – 25TH FLOOR
NEW YORK, NEW YORK 10005

425 BROADHOLLOW ROAD
SUITE 300
MELVILLE, NEW YORK 11747

OF COUNSEL
ROBERT L. BLESSEY

TEL. (212) 269-1400
FAX  (212) 809-4147

www.gusraekaplan.com



January 5, 2026

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse, Courtroom 618
40 Foley Square
New York, New York 10007

> RE:  Sabby Volatility Warrant Master Fund Ltd. v. Jupiter Wellness, Inc.,
>       No. 1:23-cv-07874

Dear Judge Failla:

I represent Defendant "**Jupiter**" Wellness, Inc. and write jointly with counsel for "**Sabby**" Volatility Warrant Master Fund Ltd. to update the Court that the Parties substantially have resolved their discovery disputes and respectfully request that the Court (a) extend the fact discovery deadline from January 30, 2026 to March 13, 2026 and (b) adjourn *sine die* the discovery teleconference currently scheduled for tomorrow, January 6, 2026, at 12:00 p.m. See Dkt. 49, Order Granting Letter Motion for Local Rule 37.2 Conference at 4 (Dec. 18, 2025). The Parties apologize for our belated adjournment request.

The Parties have conferred further and agreed on the scope of the remaining discovery. The only issues that remain concern the timing of Jupiter's document production and its responses to Sabby's Requests for Admission ("**RFA**"), in light of the current fact discovery deadline of January 30, 2026 and RFA deadline of February 6. Those disputes would be rendered moot if the Court grants the requested extension, and would eliminate the need for the discovery conference currently scheduled for tomorrow,

GUSRAE KAPLAN NUSBAUM PLLC

The Honorable Katherine Polk Failla
January 5, 2026
Page 2

January 6, 2026. Therefore, the Parties ask the Court extend the fact discovery deadline by six weeks to allow for the completion of remaining discovery.[1]

A six-week extension is reasonable in light of the fact that a separate contract dispute between the same Parties, and which involves overlapping fact witnesses, is scheduled for a bench trial scheduled to begin on January 27 before the Honorable Naomi Reice Buchwald. That case is captioned Sabby Volatility Warrant Master Fund Ltd. v. Safety Shot, Inc., 1:24-cv-920 and Jupiter believes that its trial may clarify some of the disputes and issues presented in this action, while Sabby maintains that the two actions are unrelated.

Extending this case's fact discovery deadline would also require extending the deadlines for requests to admit, fact witness depositions, and expert discovery. The annexed proposed revised case management plan extends all of these deadlines by six weeks: the fact discovery and fact witness deposition deadline from January 30 to March 13, the expert discovery deadline from March 16 to April 27, and the RFA deadline from February 6 to March 20. There have been no previous requests for extensions to the case schedule.

Thank you for considering the Parties' requests.

Respectfully submitted,

/s/ Kari Parks
Kari Parks

cc: All counsel of record (via ECF)

---

[1] Should the Court decline to extend the fact discovery deadline, Sabby respectfully requests that the teleconference currently scheduled for tomorrow, January 6, 2026, at 12:00 p.m. be kept on the calendar.

Application GRANTED.  The Court thanks the parties for their cooperation. The discovery conference currently scheduled for January 6, 2026, is hereby ADJOURNED *sine die*.  In addition, the post-fact pretrial conference currently scheduled for March 10, 2026, is hereby ADJOURNED to **April 14, 2026,** at **10:00 a.m.**

The Court will enter the parties' revised Case Management Plan under separate cover.

The Clerk of Court is directed to terminate the pending motion at docket entry 50.

Dated:     January 5, 2026            SO ORDERED.
           New York, New York


                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE